ST. LOUIS, K. C. & C. R. CO. v. WABASH R. CO. et al. (Circuit Court of Appeals, Eighth Circuit. October 20, 1910.) No. 2,788. Appeal from the Circuit Court of the United States for the Eastern District of Missouri. See,

† Rehearing denied April 11, 1911.

also, 152 Fed. 849, 81 C. C. A. 643. W. F. Evans, M. A. Low, and Frank Hagerman, for appellant. Wells H. Blodgett and James L. Minnis, for appellees.

PER CURIAM. Agreed order to omit case from docket at defendants' costs.

---

THE SIKH. (Circuit Court of Appeals, Second Circuit. February 14, 1911.) No. 171. Appeal from the District Court of the United States for the Southern District of New York. J. M. Woolsey and J. Parker Kirlin, for appellant. Lawrence Kneeland, for appellees. Before LACOMBE, WARD, and NOYES, Circuit Judges.